## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROBERT HENRY and LORI HENRY,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| *v.* | § | |
| | § | **Civil Action No. 5:19-cv-00626-OLG** |
| **ROB VALDESPINO, and MBCRB** | § | |
| **INVESTMENTS,** | § | |
| *Defendants.* | § | |

## ORDER

On this day, the Court considered the status of the above-captioned case. Plaintiffs filed their Motion to Proceed IFP on June 7, 2019. *See* docket no. 1. However, on September 17, 2019, Plaintiffs filed their Motion to Dismiss, seeking voluntary dismissal of their claims without prejudice. *See* docket no. 11. The Court therefore **ORDERS** that the Motion to Dismiss (docket no. 11) is **GRANTED**, and these claims are **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(a).

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this __27th__ day of April, 2020.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE

1